UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                   :

JOHN G. KOUFOS                     :            8:13-mc-00090(EP)

An Attorney-at-Law                 :                 ORDER


Before this Court is the Report and Recommendation ("R&R") signed on December 24, 2024, by Judge Evelyn Padin, (D.E. 24), recommending that this Court find that the appropriate disciplinary sanction for this matter, under either Local Rule 104.1(a) or (b)(4), is non-permanent disbarment *nunc pro tunc*, effective June 7, 2013, with an opportunity for Respondent JOHN G. KOUFOS apply for reinstatement pursuant to Local Rule 104.1(g).

Having reviewed the reasons set forth by Judge Padin in her R&R and having received notice that Respondent does not object to the recommended discipline, and for good cause appearing,

It is on this __15th__, day of __July__ , 2026,

ORDERED that Judge Padin's Report and Recommendation is hereby ADOPTED; and it is further

ORDERED that Respondent JOHN G. KOUFOS, be and hereby is non-permanently disbarred *nunc pro tunc*, effective June 7, 2013, with an opportunity to apply for reinstatement pursuant to Local Rule 104.1(g); and it is further

ORDERED that Respondent pay the costs and fees associated with this disciplinary proceeding pursuant to L.Civ.R. 104.1(k); and it is further

ORDERED that investigative Counsel submit an affidavit in compliance with L.Civ.R. 104.1(k) and 28 U.S.C. § 1746.

Hon. Renèe Marie Bumb
Chief U.S. District Judge